1084

No. 88–5998.  HAMM v. PACKARD, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 88–6096.  AUCOIN v. TENNESSEE.  Ct. Crim. App. Tenn. Certiorari denied.

No. 88–6108.  GRIMES v. ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.

No. 88–6126.  WHITWORTH v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 88–6188.  TOTH v. PENNSYLVANIA BOARD OF PROBATION AND PAROLE ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 88–6193.  CORONA v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 88–6207.  BAKER v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 88–6236.  BLAIR v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 88–6260.  MURRAY v. DEPARTMENT OF THE ARMY ET AL. C. A. 4th Cir.  Certiorari denied.

No. 88–6267.  COOK v. FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 88–6327.  BOUVIER-MOORE v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 88–6338.  WALLS v. NEW CASTLE COUNTY POLICE DE-PARTMENT ET AL.  Sup. Ct. Del.  Certiorari denied.

No. 88–6342.  BOYLAN v. FRANK, POSTMASTER GENERAL, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 88–6345.  CORDES v. TULSA CITY POLICE DEPARTMENT ET AL.  C. A. 10th Cir.  Certiorari denied.